CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 23 2015

JULIA C. DUDLEY, CLERK
BY: /s/ Taylor
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BRIAN HEATH DOSS, | CASE NO. 7:14CV00015 |
| Petitioner, | |
| v. | FINAL ORDER |
| HAROLD CLARKE, DIRECTOR, | By: Hon. Glen E. Conrad<br>Chief United States District Judge |
| Respondent. | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

as follows:

1. After review of petitioner's objections to the report and recommendation of the United States Magistrate Judge and de novo review of the pertinent parts of the report, the report and recommendation (ECF No. 32) is **ADOPTED** in its entirety;

2. Respondent's motion to dismiss (ECF No. 10) is **GRANTED**, and the petition for a writ of habeas corpus under 28 U.S.C. § 2254 is **DISMISSED**;

3. Based upon the court's finding that petitioner has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED**; and

4. The clerk will strike the § 2255 motion from the active docket of the court.

ENTER: This 23rd day of March, 2015.

/s/ Glen Conrad
Chief United States District Judge